1  Kevin Mahoney (SBN: 235367)
   kmahoney@mahoney-law.net
2  **MAHONEY LAW GROUP. APC**
   249 East Ocean Boulevard, Suite 814
3  Long Beach, CA  90802
   Telephone No.: (562) 590-5550
4  Facsimile No.: (562) 590-8400

5  Attorneys for Plaintiff MICHAEL GENNARELLI

6  Max Fischer, Bar No. 226003
   max.fischer@morganlewis.com
7  Aimee Mackay, Bar No. 221690
   aimee.mackay@morganlewis.com
8  Samson C. Huang, Bar No. 273785
   samson.huang@morganlewis.com
9  **MORGAN, LEWIS & BOCKIUS LLP**
   300 South Grand Avenue
10 Twenty-Second Floor
   Los Angeles, CA  90071-3132
11 Tel:   +1.213.612.2500
   Fax:   +1.213.612.2501

12 Attorneys for Defendant CHARTER COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GENNARELLI, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-cv-09635-JLS (ADSx)<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>*([Proposed] Order Filed Concurrently Herewith)*<br><br>Assigned for all purposes to:<br>Hon. Josephine L. Staton, Crt. Rm.: 8A<br><br>Complaint Filed:  September 11, 2019<br>Trial Date:          Not Yet Set |

1  Pursuant to Civil Local Rules 7-1 and 52-4.1, Defendant CHARTER
2  COMMUNICATIONS, INC. ("Charter") and Plaintiff MICHAEL GENNARELLI
3  ("Plaintiff") (collectively, the "Parties") who, by and through their respective
4  counsel of record, hereby agree and stipulate as follows:
5  **WHEREAS**, on September 11, 2019, Plaintiff filed his complaint against
6  Charter in the Superior Court of the State of California, County of Los Angeles,
7  Case No. 19STCV32198;
8  **WHEREAS**, on November 7, 2019, Defendant removed the Action to the
9  United States District Court, Central District of California, Case Number 2:19-cv-
10 09635-JLS-ADS (this "Action"). (ECF Dkt. Nos. 1, 4.)
11 **WHEREAS**, on August 20, 2020, Charter filed a motion to compel
12 arbitration and dismiss or stay action. (ECF Dkt. No. 31.) On April 22, 2021, the
13 Court granted Charter's motion and dismissed the class claims without prejudice.
14 (ECF Dkt. No. 39.)
15 **WHEREAS**, the Court further ordered that, as to Plaintiff's individual claims
16 that remain, those claims are stayed pending arbitration. (ECF Dkt. No. 39.)
17 **WHEREAS**, Plaintiff is no longer pursuing his individual claims against
18 Charter, and hereby voluntarily dismiss his remaining individual claims.
19 **NOW THEREFORE**, the Parties, by and through their respective counsel,
20 hereby stipulate to and submit for Court's approval that:
21     1.   This Action is DISMISSED in its entirety, pursuant to Federal Rules
22          of Civil Procedure 41(a)(1)(A)(ii); and
23     2.   All of Plaintiff's individual claims are dismissed WITH PREJUDICE.
24     3.   The Parties to bear their own fees and costs arising out of and related
25          to this Action.
26 /-/-/
27 /-/-/
28 /-/-/

1     **IT IS SO STIPULATED.**

3   Dated: May 4, 2022         **MAHONEY LAW GROUP, APC**

                            By:   */s/ Kevin Mahoney*
                                  Kevin Mahoney, Esq.
                                  Attorney for Plaintiff MICHAEL GENNARELLI

8   Dated: May 4, 2022         **MORGAN, LEWIS & BOCKIUS LLP**

                            By:   */s/ Samson C. Huang*
                                  Max Fischer
                                  Aimee Mackay
                                  Samson C. Huang
                                  Attorneys for Defendant CHARTER COMMUNICATIONS, INC.

## **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i) regarding signatures, I attest that concurrence in the filing of this Stipulation has been obtained from the other signatory.

*/s/ Kevin Mahoney*
Kevin Mahoney, Esq.