**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GENNARELLI, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-cv-09635-JLS (ADSx)<br><br>**ORDER DISMISSING ACTION (Doc. 40)** |

Pursuant to the Stipulation of the Parties (Doc. 40), and good cause appearing, IT IS HEREBY ORDERED that the Joint Stipulation for Voluntary Dismissal, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), is **GRANTED**. The Court orders as follows:

1. This Action is DISMISSED in its entirety; and
2. All of Plaintiff's individual claims are dismissed WITH PREJUDICE.
3. The Parties to bear their own fees and costs arising out of and related to this Action.

**IT IS SO ORDERED.**

Dated: May 09, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE